*E-Filed 4/11/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON MEYERS, | No. C 12-1786 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| WARDEN OF CENTINELA STATE PRISON, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* prisoner. Petitioner challenges the constitutional validity of the convictions he suffered in the Solano County Superior Court. Solano County lies in the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b). Because petitioner suffered his convictions in the Eastern District, this action is TRANSFERRED to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: April 11, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-1786 RS (PR)
ORDER OF TRANSFER